# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| KERRI L. DEMARS, a married woman, individually, and as Personal Representative of the Estate of RosanneElizabeth Kreklow, Deceased; and KEVIN KREKLOW, a married man, individually.<br><br>        Plaintiffs,<br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, a foreign Life and Disability Insurer;US ONCOLOGY, INC., a Delaware corporation; ARIZONA ONCOLOGY ASSOCIATES, P.C., an Arizona professional corporation; US ONCOLOGY NETWORK PLAN; XYZ CORPORATIONS I-III; ABC PARTNERSHIPS I-III; JOHN and JANE DOES I-III,<br><br>        Defendants. | CV-15-00125-TUC-DCB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation for Dismissal with Prejudice (Doc. 29),

**IT IS ORDERED THAT** this matter is dismissed with prejudice, each party to bear its own costs and attorney's fees.

Dated this 16th day of November, 2015.

1

David C. Bury
United States District Judge

2